IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

IN RE: RUKILLAS WADE, DEBTOR               CASE NO: 5:10-bk-17628
                                           CHAPTER 13

U.S. BANK N.A.                             MOVANT

VS.

RUKILLAS WADE;                             RESPONDENTS
JACK W. GOODING, TRUSTEE and
DARRELL L. WADE, CO-DEBTOR

**ORDER CONDITIONALLY WITHDRAWING MOTION FOR
RELIEF FROM STAY AND CO-DEBTOR STAY AND TO ABANDON**

Came before the court Movant's Motion for Relief from Stay and from Co-Debtor Stay and to Abandon. U.S. Bank, N.A., by and though its Attorneys, Dyke, Henry, Goldsholl & Winzerling, P.L.C., Debtor, by and through her Attorneys, Dickerson Law Firm; and Trustee, respectively represent that they have agreed to the withdrawal of the Motion for Relief from Stay and from Co-debtor stay and to abandon upon the following conditions:

1. That within twenty (21) days from the entry of this order, Debtor files a modified plan to include the monthly mortgage payment in the amount of $683.94 and to cure the arrearage in the amount of $2,742.84 over the life of the plan;

2. That from the date of entry of this order the debtor makes complete and timely plan payments to the trustee for a period of 6 months.

3. That if the debtor fails to satisfy any of the aforementioned conditions, U.S. Bank N.A. shall be entitled to relief from the stay and the co-debtor stay and abandonment of the subject property upon the filing of an *ex parte* motion and the entry of an *ex parte* order granting relief from stay and co-debtor stay and abandonment.

Entered On Docket: 03/01/2011

IT IS SO ORDERED.

_____
HONORABLE RICHARD D. TAYLOR
U.S. BANKRUPTCY COURT JUDGE

APPROVED AS TO FORM:

Date: February 28, 2011

 /s/J. Benton Dyke Jr._____
J. Benton Dyke Jr.
Attorneys for Movant
DYKE, HENRY, GOLDSHOLL &
WINZERLING, P.L.C.
415 N. McKinley, Ste 1177
Little Rock, AR 72205
(501) 661-1000


 /s/ Lonnie L. Grimes for_____
Jack W. Gooding, Trustee
P. O. Box 8202
Little Rock, AR 72221


 /s/ April N. Kersten_____
April N Kersten
DICKERSON LAW FIRM
Attorneys for the Debtor
P.O.Box 8567
Pine Bluff, AR 71611


CC:

Darrell L. Wade, Co-debtor
1220 West Pullen Street
Pine Bluff, AR  71601-3450

United States Bankruptcy Court
Eastern District of Arkansas

```
In re:                                                        Case No. 10-17628-rdt
Rukillas Wade                                                 Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0860-5          User: latrese              Page 1 of 1          Date Rcvd: Mar 01, 2011
                              Form ID: pdfwotrm          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2011.
```
db            +Rukillas Wade,    1220 West Pullen,    Pine Bluff, AR 71601-3450
codb           Darrell L. Wade,    1220 Wes Pullen Street,    Pine Bluff, AR  71601
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 03, 2011**                    **Signature:** _/s/ Joseph Speetjens_